BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00777 CW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE; |
| ) | PROPOSED ORDERING CONTINUING |
| vs. ) | CASE AND EXCLUDING TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| WILLIAM PONCE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING date of September 16, 2009 presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and re-set for September 30, 2009 at 2:00 p.m. for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

   The reason for this request is that government counsel is continuing to review records of alleged criminal history in this case to assess a disposition requested by defense counsel.

   The parties agree and stipulate that the time until September 30, 2009 should be excluded, under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and

1

1 | public trial. The continuance is necessary to accommodate counsels' preparation efforts.

Date   09/15/09                                           /s/
                                                          John Paul Reichmuth
                                                          Assistant Federal Public Defender
                                                          Counsel for defendant PONCE


Date   09/15/09                                           /s/
                                                          Dominique Thomas
                                                          Assistant United States Attorney

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ John Paul Reichmuth
    Counsel for Defendant Ponce

1 ORDER

2 The court finds that the ends of justice served by the granting of the continuance
3 outweigh the bests interests of the public and the defendant in a speedy and public trial. The
4 continuance is necessary to accommodate counsel's preparation efforts.  Based on these findings,
5 IT IS HEREBY ORDERED THAT the above-captioned matter is continued to September 30,
6 2009 at 2:30 p.m., and that time is excluded from September 16, 2009 until September 30, 2009
7 pursuant to 18 U.S.C. §§3161(h)(7)(A).

8 IT IS SO ORDERED.

11   September 16, 2009
    Date                                             HON. CLAUDIA WILKEN
12                                                    UNITED STATES DISTRICT JUDGE